NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CELESE SHERE GORDON,                     )
                                         )
            Appellant,                   )
                                         )
v.                                       )     Case No. 2D17-4301
                                         )
STATE OF FLORIDA,                        )
                                         )
            Appellee.                    )
_____     )

Opinion filed August 1, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll, Judge.

Celese Shere Gordon, pro se.

PER CURIAM.

            Affirmed.

NORTHCUTT, MORRIS, and ATKINSON, JJ., Concur.